No. 812, Misc.   PICHE, AKA PEPPINOS *v.* WASHINGTON.
Sup. Ct. Wash.   Certiorari denied.   *Francis Conklin* for
petitioner.

No. 815, Misc.   JACKSON *v.* CALIFORNIA.   Ct. App.
Cal., 4th App. Dist.   Certiorari denied.

No. 856, Misc.   RAINSBERGER *v.* HOCKER, WARDEN.
C. A. 9th Cir.   Certiorari denied.   *Samuel S. Lionel* for
petitioner.   *Harvey Dickerson,* Attorney General of Ne-
vada, for respondent.

No. 960, Misc.   HAWKINS *v.* WASHINGTON.   Sup. Ct.
Wash.   Certiorari denied.   *John Caughlan* for petitioner.

No. 723, Misc.   BANDY *v.* UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took
no part in the consideration or decision of this petition.
*Acting Solicitor General Spritzer* for the United States.

No. 197.   KAPLAN ET AL. *v.* LEHMAN BROTHERS ET AL.,
389 U. S. 954.   Petition for rehearing denied.   MR. JUS-
TICE MARSHALL took no part in the consideration or
decision of this petition.

No. 337.   EASTON, DBA GEORGE EASTON FURNITURE CO.
*v.* WEIR ET AL., 389 U. S. 905.   Motion to dispense with
printing petition granted.   Petition for rehearing denied.

No. 572.   MOORMAN ET UX. *v.* THOMAS ET AL., 389
U. S. 959; and
No. 370, Misc.   NELSON *v.* DARLING SHOP OF BIRMING-
HAM, INC., ET AL., 389 U. S. 876.   Motions for leave to
file petitions for rehearing denied.